UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of Arbitration between:<br><br>APC COMMODITY CORP. d/b/a/<br>SUNRISE COMMODITIES<br><br>Petitioner,<br><br>– against –<br><br>VANDA PRESERVED FRUIT CO., LTD.,<br><br>Respondent. | Civil Action No.<br><br>**NOTICE OF PETITION** |

**NOTICE OF PETITION OF SUNRISE COMMODITIES
FOR THE CONFIRMATION OF ARBITRATION AWARD**

PLEASE TAKE NOTICE that, upon the accompanying Petition, Affirmation and Memorandum of Law, Petitioner APC Commodity Corp. d/b/a Sunrise Commodities ("Sunrise Commodities") will move this Court, at the United States District Courthouse, 500 Pearl Street, New York, NY 10007, on a date and time to be set by the Court, for an Order pursuant to Section 9 of Title 9 of the United States Code confirming the Arbitration Award issued on September 27, 2011, and granting such other and further

relief as the Court may consider appropriate.

                                              CONNELL FOLEY LLP

                                              By: _____
                                                   Peter J. Pizzi
                                            A Member of the Bar of this Court
                                            888 Seventh Avenue
                                            New York, NY 10106
                                            Telephone: (212) 307-3700
                                            Facsimile:  (212) 262-0050

                                            Attorneys for Petitioner Sunrise
                                            Commodities

Dated:  July 24, 2012

2741958-01